# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **EDDRICCO L. BROWN-BEY,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:21-cv-00247-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **STATE OF NORTH CAROLINA, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2021 Order.

October 29, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court